CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07-cv-03848

Matonak v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge David Hittner
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/15/2007
Date Terminated: 01/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Eileen B. Matonak** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3224366) filed by Eileen B. Matonak. (Attachments: # 1 Civil Cover Sheet Eileen B. Matonak)(Alexander, David) (Entered: 11/15/2007) |
| 11/16/2007 | 2 | **THIS ENTRY IS INCORRECT AND HAS BEEN TERMINATED. PLEASE SEE ENTRY # 3 FOR CORRECT JUDGE.** ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/23/2008 at 02:00 PM in Courtroom 702 before Circuit Judge Jerry E Smith.( Signed by Judge David Hittner ) Parties notified.(smurdock, ) Modified on 11/16/2007 (smurdock, ). (Entered: 11/16/2007) |
| 11/16/2007 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/23/2008 at 02:00 |

| | | |
|---|---|---|
| | | PM in Courtroom 702 before Magistrate Judge Stephen Smith.( Signed by Judge David Hittner ) Parties notified.(smurdock, ) (Entered: 11/16/2007) |
| 11/30/2007 | 4 | First CERTIFICATE OF INTERESTED PARTIES by Eileen B. Matonak, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/07/2007 | | Summons Issued as to Davol, Inc., filed.(esmith, ) (Entered: 12/07/2007) |
| 12/07/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(esmith, ) (Entered: 12/07/2007) |
| 12/28/2007 | 5 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/17/2007, answer due 1/7/2008, filed.(kosborne, ) (Entered: 12/28/2007) |
| 12/28/2007 | 6 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/17/2007, answer due 1/7/2008, filed.(blacy, ) (Entered: 12/28/2007) |
| 01/14/2008 | 7 | JPML CONDITIONAL TRANSFER ORDER (CTO-12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/14/08. Parties notified. (jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to Rhode Island. Case transferred electronically. Rhode Island case number 08-2081. (jbradford, ) (Entered: 01/17/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/11/2008 12:34:35 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03848 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |